# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-0972
Lower Tribunal No. CF20-006203-XX

_____

NANCY ANN NORWOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Michael P. McDaniel, Judge.

July 9, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Terri L. Backhus, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED